Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VERGE, | Case No.  09-CV-00081-JAM-EFB |
| Plaintiff, | |
| vs. | NOTICE OF SETTLEMENT |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that this case has been settled.  Plaintiff David Verge and Defendant, NCO Financial Systems, Inc., anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 30 days.  The parties jointly

///

///

///

///

request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after June 26, 2009, for filing dispositional documents.

Dated: 5/20/09                    KROHN & MOSS, LTD.

                                              /s/Ryan Lee  
                                              Ryan Lee  
                                              Attorney for Plaintiff  
                                              David Verge

Dated: 5/20/09                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                              /s/ Albert R. Limberg  
                                              Albert R. Limberg  
                                              Attorney for Defendant  
                                              NCO Financial Systems, Inc.