Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VERGE,<br><br>          Plaintiff,<br><br>     vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>          Defendant. | Case No.  09-CV-00081-JAM-EFB<br><br>STIPULATION TO DISMISS WITH PREJUDICE |

Plaintiff, DAVID VERGE, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on January 12, 2009.  NCO filed its responsive pleading on February 11, 2009.  DAVID VERGE filed a Notice of Acceptance of NCO's Offer of Judgment on May 15, 2009.  Prior to the Court entering judgment pursuant to the offer of judgment, the parties resolved the action in its entirety and filed a Notice of Settlement on

Stipulation to Dismiss With Prejudice

1

PDF created with pdfFactory trial version www.pdffactory.com

May 20, 2009. As part of said resolution, the parties agree to dismiss the entire action with prejudice.

    IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 6/5/09        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Albert R. Limberg
Albert R. Limberg,
Attorney for Defendant,
NCO Financial Systems, Inc.

Dated: 6/5/09        KROHN & MOSS, LTD.

/s/ Ryan Lee
Ryan Lee
Attorney for Plaintiff,
David Verge

IT IS SO ORDERED.

Dated: June 5, 2009        /s/ John A. Mendez_____
Hon. John A. Mendez.
United States District Judge

Stipulation to Dismiss With Prejudice

PDF created with pdfFactory trial version www.pdffactory.com